WILLIAM MATTOCKS *v.* SIMON JUDSON.

Caledonia,
*March*,
1837.

If an execution issue irregularly, it may, on motion, be set aside. If is-
sued prematurely, and the bail are injured, the bail, in a *scire facias*
against them, may shew that fact by plea.

On demurrer to a writ of *scire facias*, the court cannot notice, either that
the execution issued within twenty-four hours, or that it was not issued
by permission of the judges.

This was a *scire facias* against defendant, as bail, on mesne
process, of Aaron Bellamy. The defendant, after oyer of the
original execution against Bellamy, demurred to plaintiff's dec-
laration. Joinder in demurrer. The execution and previous pro-
ceedings in the original suit were regular on the face of them.
But defendant insisted that, in point of fact, the execution was
issued within twenty-four hours after the rendition of the judg-
ment, upon which it was founded, and sought to avail himself,
under the demurrer, of such alleged irregularity.

The case was argued by

*C. Davis, for the defendant,* and

*W. Mattocks, pro se.*

The opinion of the court was delivered by

WILLIAMS, Ch. J.—The defendant contends, that the exe-
cution against Bellamy issued prematurely, that is, within twenty-
four hours from the rising of the court. The statute, 95th
Sec. of the Judiciary act, proviso, is, " that no execution shall is-
" sue on any judgment rendered by either the supreme or coun-
" ty court, until twenty-four hours after the rising of such court,
" unless by the special permission of the judges of said court."
Whether the bail can avail themselves of such an irregularity in
the issuing the execution, is somewhat questionable ; but if they
can avail themselves of it as a defence to the *scire facias*, it
must be shewn to the court by plea. The writ, in the case
before us, to which there is a general demurrer, is apparently
good. On examining the record, the judgment against Bellamy
is regular. If the execution issued irregularly, it might, on
motion, be set aside ; or if it issued prematurely, and the bail
was injured, the defendant in this *scire facias* might have shewn
it by plea. But on this demurrer, the court cannot discover,
either that the execution issued within twenty-four hours from
the rising of the court, or, if it did, that it was not issued by the

Caledonia,
*March*,
1837.

Mattocks
*v.*
Judson.

special permission of the judges of the court. The minutes, made by the clerk, of the time of the rising of the court, and of the issuing of the execution either with or without such permission, are no part of the record of the judgment. The writ of *scire facias*, in this case, for any thing which appears, is sufficient, and judgment must accordingly be entered for the plaintiff.